UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELI LILLY AND COMPANY; and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO.: 09-cv-4915-CW<br><br>ORDER TO STAY PROCEEDINGS |

PURSUANT TO THIS STIPULATION IT IS SO ORDERED.

**THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JULY 20, 2010 AT 2:00 P. M.  AN UPDATED CASE  MANAGEMENT STATEMENT WILL BE DUE ONE WEEK PRIOR TO THE CONFERENCE.**

**DATED:    3/25/2010**          *Claudia Wilken*
　　　　　　　　　　　　　　　　　　**JUDGE OF THE U.S. DISTRICT COURT**

---
ORDER TO STAY PROCEEDINGS