1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY; and DOES 1 to 50, Inclusive,<br><br>          Defendants. | CASE NO.: 09-cv-4915-CW<br><br>[PROPOSED] ORDER TO STAY PROCEEDINGS |

PURSUANT TO THIS STIPULATION IT IS SO ORDERED.

The Case Management Conference scheduled for July 20 is continued to December 7, 2010 at 2 p.m.

_____

_____

_____

_____

**DATED:** 6/28/2010      _____
               **JUDGE OF THE U.S. DISTRICT COURT**

_____
ORDER TO STAY PROCEEDINGS