1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

MARK BAKER, on behalf of
himself and all others similarly
12
situated,

13

Plaintiffs,

14

v.

15

ELI LILLY AND COMPANY;
and DOES 1 to 50, Inclusive,
16

Defendants.
17

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 09-cv-4915-CW

ORDER TO STAY PROCEEDINGS

18

19

20

PURSUANT TO THIS STIPULATION IT IS SO ORDERED.

Case management conference previously set for December 7, 2010 is continued to
21

May 10, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,
22

CA 94612.
23

24

25

**DATED: _11/23/2010_**
26

_____
**JUDGE OF THE U.S. DISTRICT COURT**
27

28