KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ. SBN-185123
DARREN M. COHEN, ESQ. SBN-221938
STEVE L. HERNANDEZ ESQ. SBN-229065 16133
VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300; FAX (818) 990-2903

Attorneys for Plaintiffs

SEEGER WEISS LLP
JONATHAN SHUB ESQ. SBN-237708
MIRIAM L. SCHIMMEL, ESQ. SBN-185089
19510 VENTURA BLVD., SUITE 200
TARZANA, CA 91356
(818) 896-1220; FAX (310) 861-1775

Attorneys for Plaintiffs
(Additional Counsel Listed on Signature Page)

Steven J. Boranian (SBN 174183)
Email:  sboranian@reedsmith.com
Laura Mastrangelo (SBN 267543)
Email: lamastrangelo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     415.543.8700
Facsimile:     415.391.8269

Attorneys for Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY; and DOES 1 to 50, Inclusive,<br><br>            Defendants. | CASE NO.: 09-cv-4915-CW<br><br>STIPULATION AND TO STAY ACTION |

THE PARTIES HEREBY STIPULATE AT FOLLOWS:

PLEASE TAKE NOTICE that all Parties desire to continue the stay of this action ordered by this Court on November 24, 2009, June 28, 2010, and November 23, 2010. The Court granted the stay pending the outcome of two appeals that directly implicate the central issue in this case, i.e., whether pharmaceutical sales representatives are properly classified as exempt from California Labor Code overtime requirements under either the outside sales or administrative exemptions. *See D'Este v. Bayer*, 07 -56577, *Barnick v. Wyeth*, 07-56584, *Menes v. Roche*, 08-55286 (consolidated 9th Circuit appeals) and *In Re Novartis Wage and Hour Litigation*, 611 F.3d 141 (2d Cir. 2010). The Court set a Case Management Conference for May 10, 2011.

The Ninth Circuit has not yet issued an opinion in the above listed cases. The Ninth Circuit stayed the cases awaiting an opinion by the California Supreme Court in *Harris v. Superior Court*, No. S156555, review granted by 171 P.3d 545 (Cal. 2007). The California Supreme Court has not yet heard oral argument in *Harris v. Superior Court*.

The Second Circuit has issued its opinion in *In Re Novartis Wage and Hour Litigation*, 611 F.3d 141 (2d Cir. 2010). The Second Circuit held that the pharmaceutical representatives were not exempt under either the outside sales exemption or the administrative exemption. The defendant filed a petition for review to the United States Supreme Court on October 4, 2010. Certiorari was denied on February 28, 2011.

However, given that the Ninth Circuit has not yet addressed the specific issue of California law raised in *De Este*, et. al, the Parties respectfully request that the Court approve this stipulation

///

///

2
STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION

US_ACTIVE-106078387.1

for a continued Stay of Proceedings, and continue the Case Management Conference set for July 26, 2011, pending the resolution of either the appeals before the Ninth Circuit.

IT IS SO STIPULATED

| DATED: July 14, 2011 | DATED: July 14, 2011 |
|---|---|
| KINGSLEY & KINGSLEY, APC | REED SMITH LLP |
| By: /s/ Liane L. Katzenstein<br>    LIANE L. KATZENSTEIN<br>    Attorney for Plaintiff | By: /s/ Steven J. Boranian<br>    STEVEN J. BORANIAN<br>    Attorneys for Defendants |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,  )<br>)<br>  Plaintiffs,  )<br>)<br>v.  )<br>)<br>ELI LILLY AND COMPANY;  )<br>and DOES 1 to 50, Inclusive,  )<br>)<br>  Defendants.  ) | CASE NO.: 09-cv-4915-CW<br><br>ORDER TO STAY ACTION |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. **A case management conference will be held on Tuesday, January 24, 2012 at 2:00 p.m.**

DATED:  **7/18/2011**

_____
The Honorable Claudia Wilken
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, a copy of **Stipulation To Extend Stay/[Proposed] Order** was filed electronically. Notice of this filing will be sent to all registered participants by operation of the Court's CM/ECF system. All other parties will be served by U.S. Mail.

/s/ Shannon Wurth
Shannon Wurth
