KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ. SBN-185123
DARREN M. COHEN, ESQ. SBN-221938
STEVE L. HERNANDEZ ESQ. SBN-229065 16133
VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300; FAX (818) 990-2903

Attorneys for Plaintiffs

SEEGER WEISS LLP
JONATHAN SHUB ESQ. SBN-237708
MIRIAM L. SCHIMMEL, ESQ. SBN-185089
19510 VENTURA BLVD., SUITE 200
TARZANA, CA 91356
(818) 896-1220; FAX (310) 861-1775

Attorneys for Plaintiffs


Steven J. Boranian (SBN 174183)
Email:  sboranian@reedsmith.com
Laura Mastrangelo (SBN 267543)
Email:  lamastrangelo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     415.543.8700
Facsimile:     415.391.8269

Attorneys for Defendant
ELI LILLY AND COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY; and DOES 1 to 50, Inclusive,<br><br>            Defendants. | CASE NO.: 09-cv-4915-CW<br><br>STIPULATION AND [~~PROPOSED~~] TO STAY ACTION |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

THE PARTIES HEREBY STIPULATE AT FOLLOWS:

PLEASE TAKE NOTICE that all Parties desire to continue the stay of this action ordered by this Court on November 24, 2009, June 28, 2010, November 23, 2010, and July 18, 2011.  The Court granted the stay pending the outcome of two appeals that directly implicate the central issue in this case, i.e., whether pharmaceutical sales representatives are properly classified as exempt from California Labor Code overtime requirements under either the outside sales or administrative exemptions.  *See D'Este v. Bayer*, 07 -56577, *Barnick v. Wyeth*, 07-56584, *Menes v. Roche*, 08-55286 (consolidated 9th Circuit appeals) and *In Re Novartis Wage and Hour Litigation*, 611 F.3d 141 (2d Cir. 2010).  A Case Management Conference is currently set for January 25, 2012.

The Ninth Circuit has not yet issued an opinion in the above listed cases.  The Ninth Circuit stayed the cases awaiting an opinion by the California Supreme Court in *Harris v. Superior Court*, No. S156555, review granted by 171 P.3d 545 (Cal. 2007).  The California Supreme Court issued an order in *Harris* on December 29, 2011, reversing the Court of Appeal decision and remanding it for further consideration.  The Ninth Circuit cases remain stayed pending this decision, and the docket indicates that counsel must submit simultaneous letter briefs within 20 days of issuance of the mandate in *Harris* advising of the effect, if any, of that decision on these cases.

The Second Circuit has issued its opinion in *In Re Novartis Wage and Hour Litigation*, 611 F.3d 141 (2d Cir. 2010).  The Second Circuit held that the pharmaceutical representatives were not exempt under either the outside sales exemption or the administrative exemption.  The defendant filed a petition for review to the United States Supreme Court on October 4, 2010.  Certiorari was denied on February 28, 2011.

In addition, on November 28, 2011, the United States Supreme Court granted certiorari to consider *Christopher v. SmithKline Beecham Corp, d/b/a GlaxoSmithKline*, 635 F.3d 383 (9th Cir. 2011) to determine whether pharmaceutical sales representatives are exempt from the overtime

requirements under the "outside sales" exemption of the Fair Labor Standards Act ("FLSA").  This decision is likely to be instructive on the issues presented in this litigation as well.

Given that the Ninth Circuit has not yet addressed the specific issue of California law raised in *De Este*, et al. and the pending review of *Christopher* before the United States Supreme Court, the Parties respectfully request that the Court approve this stipulation for a continued Stay of Proceedings, and continue the Case Management Conference set for January 25, 2012, pending the resolution of either the appeals before the Ninth Circuit.

IT IS SO STIPULATED

DATED: January 12, 2012

KINGSLEY & KINGSLEY, APC

By: /s/ Liane L. Katzenstein
    LIANE L. KATZENSTEIN
    Attorney for Plaintiff

DATED: January 12, 2012

REED SMITH LLP

By: /s/ Laura A. Mastrangelo
    LAURA A. MASTRANGELO
    Attorneys for Defendants

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11   MARK BAKER, on behalf of himself      )    CASE NO.: 09-cv-4915-CW
     and all others similarly situated,    )
12                                         )
                        Plaintiffs,        )
13                                         )    [PROPOSED] ORDER TO STAY ACTION
     v.                                    )
14                                         )
     ELI LILLY AND COMPANY;                )
15   and DOES 1 to 50, Inclusive,          )
                                           )
16                      Defendants.        )

17          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.    A case management

18   conference will be held on Wednesday, July 25, 2012, at 2:00 p.m.

19   DATED: 1/13/2012

20          _____
            The Honorable Claudia Wilken
21          United States District Judge

22

23

24

25

26

27

28

                                    4

US_ACTIVE-106711365.2