UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY; and DOES 1 to 50, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 09-cv-4915-CW<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE |

**IT IS HEREBY ORDERED AS FOLLOWS:**

Pursuant to the Joint Stipulation of Dismissal with Prejudice agreed to by the parties, the above-captioned action is hereby DISMISSED with prejudice. Each party is to bear its own costs and fees.

DATED: 10/22/2012

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　United States District Judge